441 A.2d 1212
**COMMONWEALTH of Pennsylvania, Appellee,**
v.
**Thurmond R. BERRY, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 18, 1982.

Decided March 10, 1982.

Gerald A. Stein, Philadelphia, Court-appointed, for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan Sacks, Philadelphia, for appellee.

## ORDER

PER CURIAM.

The order of the Court of Common Pleas of Philadelphia is affirmed.